UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES HOWARTH,<br>    Plaintiff,<br><br>v.<br><br>WOODS HOLE, MARTHA'S VINEYARD<br>and NANTUCKET STEAMSHIP AUTHORITY,<br>    Defendants. | Civil Action No.<br><br>COMPLAINT and DEMAND FOR<br>JURY TRIAL |

## SEAMAN'S AFFIDAVIT

I, Christopher N. Hug, Attorney for the Plaintiff, on oath depose and state as follows:

The Plaintiff in the above-entitled action is a seaman and claims the benefits of 28 U.S.C. § 1916, which states that:

> In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefore.

Respectfully submitted
For Plaintiff,
By his attorney,


/s/ Christopher N. Hug, Esquire

I certify that a true copy of the above document was served upon each attorney of record by ECF on

/s/ Christopher N. Hug, Esquire