UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 18-11062-TSH

**JAMES HOWARTH,**
    **Plaintiff,**

**VS.**

**WOODS HOLE, MARTHA'S VINEYARD &**
**NANTUCKET STEAMSHIP AUTHORITY,**
    **Defendant.**

### WOODS HOLE, MARTHA'S VINEYARD & NANTUCKET STEAMSHIP AUTHORITY'S CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above captioned matter, by and through its undersigned counsel, Clinton & Muzyka, P.C., and submits its Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1(a):

    No Corporation, whether a parent or a publicly traded corporation, owns any interest in Woods Hole, Martha's Vineyard & Nantucket Steamship Authority.

By its attorneys,
**CLINTON & MUZYKA, P.C.**

/s/ John J. Bromley
**Thomas J. Muzyka**
**BBO NO. 365540**
**John J. Bromley**
**BBO NO. 672134**
88 Black Falcon Avenue, Suite 200
Boston, MA 02210
Tel: (617) 723-9165
Fax: (617) 720-3489
Email: tmuzyka@clinmuzyka.com

**CERTIFICATE OF SERVICE**

  Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 26, 2018.

               /s/ **John J. Bromley**
              John J. Bromley