**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Howarth</u>
      Plaintiff

CIVIL ACTION NO. <u>4:18-cv-11062-MGM</u>

<u>Woods Hole, Martha's Vineyard and</u>
<u>Nantucket Steamship Authority</u>
      Defendant

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To: Judge Mastroianni

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    On <u>11/1/2018</u> I held the following ADR proceeding:

|  |  |  |  |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| ___X___ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel.

The case was:

**[X]**    **The underlying case has been settled.**

[ ]    There was progress, but this case should be restored to your trial list. Undersigned remains available to mediate this case at the request of counsel.

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u>11/12018</u>                                      /s/ Marianne B. Bowler, USMJ
DATE                                               ADR Provider