UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES HOWARTH, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  18-11062-MGM |
| | ) | |
| WOODS HOLE, MARTHA'S VINEYARD and NANTUCKET STEAMSHIP AUTHORITY, | ) | |
| Defendants | ) | |

## SETTLEMENT ORDER OF DISMISSAL
November 2, 2018

The court, having been advised on November 1, 2018, that the above-entitled action has been resolved.

ORDERS that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk