UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 18-11062-MGM

**JAMES HOWARTH,**
   **Plaintiff,**

VS.

**WOODS HOLE, MARTHA'S VINEYARD &
NANTUCKET STEAMSHIP AUTHORITY,**
   **Defendant.**

## STIPULATION OF DISMISSAL

Now come the Parties, in the above entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without interest, costs or attorneys' fees, and with all rights of appeal waived.

| For the Plaintiff, | For the Defendant, |
|---|---|
| By his attorneys,<br>**Law Offices of Christopher Hug, P.C.**<br><br>"/s/ Christopher N. Hug   "<br>**Christopher N. Hug**<br>**BBO NO: 546960**<br>21 Merchant's Row, Third Floor<br>Boston, MA 02109<br>(617) 227-0400<br>hug873@msn.com | By its attorneys,<br>**CLINTON & MUZYKA, P.C.**<br><br>"/s/  Thomas J. Muzyka   "<br>**Thomas J. Muzyka**<br>**BBO NO: 365540**<br>88 Black Falcon Avenue, Suite 200<br>Boston, MA 02210<br>Tel: (617) 723-9165<br>Fax: (617) 720-3489<br>Email: tmuzyka@clinmuzyka.com |

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2019.

/s/Thomas J. Muzyka